WILLIAM R. TAMAYO – #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
EVANGELINA FIERRO HERNANDEZ -- #168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:    (415) 625-5622
Facsimile:     (415) 625-5657
Evangelina.Hernandez@eeoc.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>             Plaintiff,<br><br>     v.<br><br>**CALIFORNIA PSYCHIATRIC TRANSITIONS,**<br><br>             Defendant. | Civil Action No.<br>1:06-CV-01251-OWW-GSA<br><br>**ORDER ON PLAINTIFF EEOC'S MOTION AND APPLICATION TO VACATE THE CURRENT SCHEDULING ORDER AND RESET DEADLINES TO A LATER DATE** |

Plaintiff EEOC's Motion and Application to Vacate the Current Scheduling Order and Reset Deadlines to a Later Date is hereby GRANTED.  All current scheduling order dates are vacated and reset as follows:

Expert Disclosure: February 1, 2008 to August 1, 2008

Supplemental Expert Disclosure: February 29, 2008 to August 30, 2008

Discovery Deadline:  Non-Expert: April 1, 2008 to October 1, 2008

Non-Dispositive Motion Filing: April 15, 2008 to October 15, 2008;  Hearing: November 21 at 9:00 a.m. before Magistrate G. Austin in Courtroom 10

Dispositive Motion  Filing: April 30, 2008 to October 30, 2008  Hearing: June 2, 2008 to December 1 at 10:00 a.m. in Courtroom 3, 7th Floor before the Honorable Oliver W. Wanger, United States District Court Judge

 **[PROPOSED] ORDER ON PLAINTIFF EEOC'S MOTION AND APPLICATION TO VACATE THE CURRENT SCHEDULING ORDER AND RESET THEM TO A LATER DATE**

1  Settlement Conference from May 7, 2008 to November 12 , 2008 at 9:00 a.m. before Magistrate
2  G. Austin in Courtroom 10
3  Pretrial Conference: July 14, 2008 to January 5 , 2009 at 11:00 a.m. in Courtroom 3, 7th Floor
4  before the Honorable Olive W. Wanger, United States District Court Judge
5  Jury Trial: August 28, 2008 to February 18, 2009 at 9:00 a.m. in Courtroom 3, 7th Floor before
6  the Honorable Oliver W. Wanger, United States District Court Judge

  IT IS SO ORDERED.

**Dated:   February 22, 2008**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER ON PLAINTIFF EEOC'S MOTION AND APPLICATION TO VACATE THE CURRENT SCHEDULING ORDER AND RESET THEM TO A LATER DATE**