HEWITT & TRUSZKOWSKI
STEPHEN L. HEWITT, SB# 102729
 slhewitt@hewittlegal.com
HENRY C. TRUSZKOWSKI, SB# 169243
 hctruszkowski@hewittlegal.com
4640 Lankershim Boulevard, Suite 600
North Hollywood, California 91602-1818
Telephone: (818) 509-0311
Facsimile: (818) 509-0402

Attorneys for Defendant CALIFORNIA
PSYCHIATRIC TRANSITIONS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PSYCHIATRIC TRANSITIONS, INC,<br><br>Defendant. | CASE NO. 1:06-CV-01251-OWW-GSA<br><br>**ORDER ON STIPULATION TO MODIFY AND RESET CERTAIN SCHEDULING ORDER DATES**<br><br>Trial Date:  08/26/08 |

The parties having stipulated to modify and reset certain dates in the current Scheduling Order and said Stipulation having been presented to this Court and based thereon it is hereby ORDERED that the current Scheduling Order shall be modified and dates reset as follows:

1. Expert Disclosure: from August 1, 2008, to September 15, 2008;

2. Supplemental Expert Disclosure: from August 30, 2008, to October 15, 2008; and

3. Non-Expert Discovery Deadline: from October 1, 2008, to November 1, 2008.

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1

2

All other Scheduling Order dates shall remain unchanged.

3

4      It is so ORDERED.

5   Dated: September 18, 2008        _/s/ OLIVER W. WANGER _____
                                     THE HONORABLE OLIVER W. WANGER
6                                    Judge, United States District Court

7

8   N:\EEOC\Order001.doc

**HEWITT & TRUSZKOWSKI**
ATTORNEYS AT LAW
4640 LANKERSHIM BOULEVARD, SUITE 600
NORTH HOLLYWOOD, CALIFORNIA 91602-1818