WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
EVANGELINA FIERRO HERNANDEZ, SBN 168879
DANA C. JOHNSON, SBN 187341
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5697
Facsimile: (415) 625-5657
dana.johnson@eeoc.gov

Attorneys for Plaintiff EEOC

HEWITT & TRUSZKOWSKI
STEPHEN L. HEWITT, SBN 102729
HENRY C. TRUSZKOWSKI, SBN 169243
4640 Lankershim Blvd., Ste. 600
North Hollywood, CA 91602-1818
Telephone:  (818) 509-0311
Facsimile:  (818) 509-0402
hctruszkowski@hewittlegal.com

Attorneys for Defendant CALIFORNIA
PSYCHIATRIC TRANSITIONS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. 1:06-CV-01251-OWW-GSA |
| Plaintiff, | |
| v. | [Complaint Filed: September 13, 2006] |
| **CALIFORNIA PSYCHIATRIC TRANSITIONS,** | **STIPULATION TO MODIFY AND RESET CERTAIN SCHEDULING ORDER DATES; ORDER** |
| Defendant. | (NOTE DATE CHANGES) |

1	WHEREAS the parties have earnestly and diligently been pursuing discovery, having
2	taken the depositions of fifteen witnesses and/or claimants and having propounded written
3	discovery;
4	WHEREAS several of the remaining witnesses reside out of state (in New York and
5	Texas), necessitating long-distance travel to accomplish their depositions;
6	WHEREAS the parties have learned through witnesses' depositions of additional
7	witnesses who need to be deposed, and the EEOC has recently revised its claimant list;
8	WHEREAS defense counsel is scheduled for trial starting October 20, 2008, in the matter
9	of Scott v. House of Blues Concerts, Inc., in the Los Angeles County Superior Court, Case No.
10	EC044638, which trial is anticipated to last through the end of the month of October;
11	THEREFORE, the parties, through their counsel, stipulate and respectfully request that
12	all current scheduling order dates be vacated and reset as follows:
13	1.	Supplemental Expert Disclosure:  From October 15, 2008 to October 30, 2008;
14	2.	Non-Expert Discovery Deadline:  From November 1, 2008 to December 12, 2008;
15	3.	Non-Dispositive Motions Filing:  From October 15, 2008 to December 29, 2008;
16	4.	Hearing on Non-Dispositive Motions:  From November 21, 2008 to February 6, 2009 at
17	9:00 a.m. before Magistrate Judge G. Austin in Courtroom 10;
18	5.	Dispostive Motion Filing: From October 30, 2008 to January 13, 2009;
19	6.	Hearing on Dispositive Motions:  From December 1, 2008 to February 23, 2009 at 10:00
20	a.m. in Courtroom 3, 7th Floor before the Honorable Oliver W. Wanger, United States District
21	Court Judge.
22	7.	Settlement Conference:  From November 12, 2008 to December 3, 2008, or a date
23	thereafter agreeable to the Court, at 9:00 a.m. before Magistrate Judge G. Austin in Courtroom
24	10;
25	8.	Pretrial Conference:  From January 5, 2009 to March 23, 2009 at 11:00 a.m. in
26	Courtroom 3, 7th Floor before the Honorable Oliver W. Wanger; and
27	///
28	///

**Stipulation to Modify and Reset Scheduling Order Dates; [Proposed] Order**

9.    Jury Trial: From February 18, 2008 to April 28, 2009 at 9:00 a..m. in Courtroom 3, 7th Floor before the Honorable Oliver W. Wanger.

                                        Respectfully submitted,

                                        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: October 7, 2008         By:    /s/   Dana C. Johnson
                                                   Dana C. Johnson

                                        Attorneys for Plaintiff EEOC

                                        HEWITT & TRUSZKOWSKI

Dated: October 7, 2008         By:    /s/ Henry C. Truszkowski (as authorized on 10/708)
                                                   Henry C. Truszkowski

                                        Attorneys for Defendant California Psychiatric Transitions, Inc.

IT IS SO ORDERED.

**Dated:   October 8, 2008**                     **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE