UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>CALIFORNIA PSYCHIATRIC TRANSITIONS,<br><br>           Defendant. | Civil Action No.<br>1:06-CV-01251-OWW-GSA<br><br>**ORDER ON STIPULATION TO MODIFY AND RESET CERTAIN SCHEDULING ORDER DATES** |

The parties having stipulated to modify and reset certain dates in the current Scheduling Order and said Stipulation having been presented to this Court and based thereon it is hereby ORDERED that the current Scheduling Order shall be modified and dates reset as follows:

1. Non-Expert Discovery Deadline:  December 12, 2008 to February 27, 2009;

2. Supplemental Expert Disclosure:  October 30, 3008 to March 13, 2009;

3. Deadline for expert depositions: March 27, 2009;

4. Non-Dispositive Motions Filing:  December 29, 2008 to March 20, 2009;

5. Hearing on Non-Dispositive Motions:  From February 6, 2009 to April 17, 2009 at 9:00 a.m. before Magistrate Judge G. Austin in Courtroom 10;

6. Dispositive Motion Filing:  January 13, 2009 to May 4, 2009;

7. Hearing on Dispositive Motions:  From February 23, 2009 to June 1, 2009 at 10:00 a.m. in Courtroom 3, 7th Floor before the Honorable Oliver W. Wanger, United States District Court Judge.

8. Pretrial Conference:  From March 23, 2009 to June 29, 2009 at 11:00 a.m. in Courtroom 3, 7th Floor before the Honorable Oliver W. Wanger; and

9. Jury Trial:  From April 14, 2009 to August 4, 2009 at 9:00 a..m. in Courtroom 3, 7th Floor before the Honorable Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   December 5, 2008**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE