1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11
12

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

13

Plaintiff,

14

v.

15

**CALIFORNIA PSYCHIATRIC TRANSITIONS,**

16
17

Defendant.

Civil Action No.
1:06-CV-01251-OWW-GSA

**ORDER ON STIPULATION TO MODIFY AND RESET CERTAIN SCHEDULING ORDER DATES**

18
19
20
21
22
23
24
25
26
27
28

**Stipulation to Modify and Reset Scheduling Order Dates; [Proposed] Order**

1  The parties having stipulated to modify and reset certain dates in the current

2  Scheduling Order and said Stipulation having been presented to this Court and based

3  thereon it is hereby ORDERED that the current Scheduling Order shall be modified and

4  dates reset as follows:

5  1. Non-Expert Discovery Deadline:  February 27, 2009 to April 3, 2009;

6  2. Supplemental Expert Disclosure:  March 13, 2009 to April 3, 2009;

7  3. Deadline for expert depositions: March 27, 2009 to April 17, 2009;

8  4. Non-Dispositive Motions Filing:  March 27, 2009 to May 4, 2009;

9  5. Hearing on Non-Dispositive Motions:  April 17, 2009 to May 29, 2009 at 9:00 a.m.

10  before Magistrate Judge G. Austin in Courtroom 10.

11  All other dates remain the same.

12

13  IT IS SO ORDERED.

14  **Dated:   February 13, 2009**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation to Modify and Reset Scheduling Order Dates; [Proposed] Order**