| | |
|---|---|
| 1 | **WILLIAM R. TAMAYO, SBN 084965** |
| 2 | **DAVID F. OFFEN-BROWN, SBN 063321** |
|   | **EVANGELINA FIERRO HERNANDEZ, SBN 168879** |
| 3 | **DANA C. JOHNSON, SBN 187341** |
|   | **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** |
| 4 | San Francisco District Office |
|   | 350 The Embarcadero, Suite 500 |
| 5 | San Francisco, CA 94105-1260 |
|   | Telephone: (415) 625-5697 |
| 6 | Facsimile: (415) 625-5657 |
|   | dana.johnson@eeoc.gov |
| 7 | **Attorneys for Plaintiff EEOC** |
| 8 | **HEWITT & TRUSZKOWSKI** |
| 9 | **STEPHEN L. HEWITT, SBN 102729** |
|   | **HENRY C. TRUSZKOWSKI, SBN 169243** |
| 10 | 4640 Lankershim Blvd., Ste. 600 |
|   | North Hollywood, CA 91602-1818 |
| 11 | Telephone: (818) 509-0311 |
|   | Facsimile: (818) 509-0402 |
| 12 | hctruszkowski@hewittlegal.com |
| 13 | **Attorneys for Defendant CALIFORNIA PSYCHIATRIC TRANSITIONS, INC.** |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br>   v.<br><br>CALIFORNIA PSYCHIATRIC TRANSITIONS<br><br>   Defendant. | Case No. 1:06-CV-01251-OWW-GSA<br><br>**STIPULATION TO MODIFY AND RESET CERTAIN SCHEDULING ORDER DATES; ORDER**<br><br>(Note trial date change) |

C 1:06-CV-01251-OWW-IJO
Stipulation and [Proposed] Order to Modify
and Reset Certain Scheduling Dates

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | WHEREAS the parties have brought cross motions for partial summary judgment/adjudication, |
| 2 | resolution of which may eliminate as many as ten (10) issues that otherwise will be tried to the jury; |
| 3 | WHEREAS the hearing on the cross motions for partial summary judgment/adjudication is |
| 4 | scheduled to take place on June 29, 2009; |
| 5 | WHEREAS the pre-trial conference is scheduled to take place one week later, on July 6, 2009 |
| 6 | and the pre-trial report must be filed by June 22, 2009, one week prior to the hearing on the cross |
| 7 | motions for summary judgment; |
| 8 | WHEREAS, in order to prepare the pre-trial report, the parties will be required to proceed as |
| 9 | though the ten (10) issues that are the subject of the cross motions for summary judgment remain |
| 10 | viable, thereby expending considerable money and energy that may not be necessary depending upon |
| 11 | the Court's rulings on the cross motions for summary judgment; |
| 12 | THEREFORE, the parties, through their counsel, stipulate and respectfully request that, in the |
| 13 | interest of economy and efficiency, the current scheduling order dates be vacated and reset as follows: |
| 14 | 1.   Pre-Trial Conference: from July 6, 2009 to August 31, 2009 or any time thereafter that is |
| 15 | convenient to the Court, at 11:00 a.m. in Courtroom 3, 7th Floor before the Honorable Oliver W. |
| 16 | Wanger; and |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1

CA 1:06-CV-01251-OWW-GSA
**Stipulation and [Proposed] Order to Modify
and Reset Certain Scheduling Dates**

PDF created with pdfFactory trial version www.pdffactory.com

2. Jury Trial: from August 4, 2009 to October 20, 2009 or any time thereafter that is convenient to the Court, at 9:00 a..m. in Courtroom 3, 7th Floor before the Honorable Oliver W. Wanger.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: May 8, 2009         By: /s/   Dana C. Johnson
                                  Dana C. Johnson

Attorneys for Plaintiff EEOC

HEWITT & TRUSZKOWSKI

Dated: May 8, 2009         By:  /s/ as authorized by Henry Truszkowski 5/8/09
                                  Henry C. Truszkowski
Attorneys for Defendant California Psychiatric Transitions, Inc.

NO FURTHER CONTINUANCES.

IT IS SO ORDERED

Dated: May 11, 2009         /s/ OLIVER W. WANGER
                            UNITED STATES DISTRICT JUDGE

**CA 1:06-CV-01251-OWW-GSA**
**Stipulation and [Proposed] Order to Modify**
**and Reset Certain Scheduling Dates**

2

PDF created with pdfFactory trial version www.pdffactory.com