UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **CALIFORNIA PSYCHIATRIC TRANSITIONS,** <br><br> Defendant. | Civil Action No. <br> 1:06-CV-01251-OWW-GSA <br><br> **ORDER ON STIPULATION TO CONTINUE HEARING ON DISCOVERY DISAGREEMENTS** |

The parties having stipulated to continue the date for the hearing on Discovery Disagreement and said Stipulation having been presented to this Court and based thereon it is hereby ORDERED that the hearing on the Discovery Disagreements scheduled for May 29, 2009, shall be continued to 9:30 a.m. on June 5, 2009, before Magistrate Judge Gary Austin in Courtroom 10.

IT IS SO ORDERED.

**Dated:   May 22, 2009**          /s/ Gary S. Austin

UNITED STATES MAGISTRATE JUDGE