1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**  Plaintiff, v.  **CALIFORNIA PSYCHIATRIC TRANSITIONS**  Defendant. | **Case No.  1:06-CV-01251-OWW-GSA**  **ORDER RE THE EEOC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONDITIONS PRECEDENT AND CALIFORNIA PSYCHIATRIC TRANSITIONS, INC.'S MOTION FOR SUMMARY ADJUDICATION** |

PDF created with pdfFactory trial version www.pdffactory.com

On May 4, 2009, plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") filed a motion for summary adjudication on whether it satisfied Title VII's statutory prerequisites to commence litigation on behalf of Valerie Soares (aka Shaw); Mariel Somera, and similarly situated female employees.  (Docket No. ("DN") 37)  On May 4, 2009, defendant California Psychiatric Transitions ("CPT") filed a motion for summary adjudication asserting that (1) the EEOC's constructive discharge claim for Mariel Somera is barred; (2) there are no triable issues of facts and the EEOC's sexual harassment claim for Soares fails as a matter of law; (3) there are no triable issues of fact and the EEOC's retaliation claim for Soares fails as a matter of law; and (4) the EEOC is precluded from seeking punitive damages on either Soares's or Somera's behalf.  (DN 40)

Having considered the parties' briefs, the exhibits submitted therewith and oral argument, the Court issued its memorandum of decision on August 8, 2009

- GRANTING the EEOC's motion for summary adjudication on the issue of the EEOC's satisfaction of Title VII conditions precedent to bring sexual harassment claims on behalf of Soares, Somera and similarly situated women and the retaliation claim on behalf of Soares;

- GRANTING CPT's motion for summary adjudication on the issue of the EEOC's failure to satisfy Title VII conditions precedent to bring a constructive discharge claim on behalf of Somera; and

- Because genuine issues of fact exist, DENYING the parties' motions for summary adjudication on all other issues raised in the motions (*i.e.*, the EEOC's sexual harassment and retaliation claims on behalf of Soares, and punitive damages claims on behalf of Soares and Somera).

Accordingly, the following facts are not genuinely at issue and must be treated as established:

(1) In April 2004, the EEOC received from Valerie Soares a timely charge of unlawful employment practice in which Soares alleged that she and other women were

CA 1:06-CV-01251-OWW-IJO
[PROPOSED] ORDER ON THE EEOC
AND CPT'S CROSS-MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com

1   sexually harassed by Larry Fuentes during her employment, and that she was fired in
2   retaliation for engaging in a protected activity;

3   (2) The EEOC provided timely notice of the Soares charge to Defendant
4   California Psychiatric Transitions, Inc.;

5   (3) The EEOC conducted a investigation into the allegations contained in the
6   Soares charge sufficient to satisfy the Title VII condition precedent requirement;

7   (4) The EEOC determined that reasonable cause exists to believe that California
8   Psychiatric Transitions, Inc. had discriminated against Soares and similarly situated
9   female employees because of their sex, female, and retaliated against Soares for
10  engaging in a protected activity;

11  (5) The EEOC complied with its conciliation obligations by attempting in good
12  faith to settle the matter prior to bringing suit; and therefore,

13  (6) The EEOC has satisfied the Title VII conditions precedent to a suit alleging a
14  hostile environment because of sex on behalf of Soares and similarly situated aggrieved
15  persons, including Somera, and has satisfied the Title VII conditions precedent to a suit
16  alleging retaliation against Soares; however

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**CA 1:06-CV-01251-OWW-IJO**
**[PROPOSED] ORDER ON THE EEOC**
**AND CPT'S CROSS-MOTIONS**

PDF created with pdfFactory trial version www.pdffactory.com

1  (7) The EEOC has not satisfied the Title VII conditions precedent to a suit alleging that Somera was constructively discharged, and the EEOC is therefore barred from proceeding on that cause of action.

| Respectfully submitted,<br>Dated: August 12, 2009 | Approved as to form<br>Dated: August 12, 2009 |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION | HEWITT & TRUSZKOWSKI |
| By:  /s/  <br>      Dana C. Johnson | By:  /s/ (e-signature authorized 8/12/09)<br>      Henry Truszkowski |
| Attorney for Plaintiff EEOC | Attorney for Defendant California Psychiatric Transitions, Inc. |

IT IS SO ORDERED:

Date: August 12, 2009          _/s/ OLIVER W WANGER_____
                               Hon. Oliver W. Wanger
                               United States District Court Judge

CA 1:06-CV-01251-OWW-IJO
[PROPOSED] ORDER ON THE EEOC
AND CPT'S CROSS-MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com