# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>    Plaintiff,<br>    v.<br><br>**CALIFORNIA PSYCHIATRIC TRANSITIONS**<br><br>    Defendant. | Case No.  1:06-CV-01251-OWW-GSA<br><br>**ORDER GRANTING  PLAINTIFF EEOC'S *EX PARTE* MOTION TO FILE ITS MOTION *IN LIMINE* NO. 4 TO EXCLUDE EVIDENCE OF ANY CHARGING PARTIES' OR CLAIMANTS' PAST SEXUAL BEHAVIOR OR SEXUAL PREDISPOSITION PURSUANT TO F.R.E. 412 UNDER SEAL**<br><br>**Hearing Date for Motions *in Limine*: October 2, 2009**<br>**Trial: October 20, 2009** |

**1:06-CV-01251-OWW-GSA**
**ORDER TO FILE UNDER SEAL**

PDF created with pdfFactory trial version www.pdffactory.com

Good cause having been shown, Plaintiff Equal Employment Opportunity Commission's Motion *in Limine* No. 4 shall be filed under seal and remain under seal. Furthermore, Defendant shall file any response that it may make to the EEOC's Motion *In Limine* no. 4 under seal.

IT IS SO ORDERED:

Date: September 16 , 2009          /s/ OLIVER W. WANGER
                                   _____
                                   Hon. Oliver W. Wanger
                                   United Stated District Judge


Dated:  September 15, 2009
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By:         /s/
       Dana C. Johnson

Attorney for Plaintiff EEOC

**1:06-CV-01251-OWW-GSA**
**ORDER TO FILE UNDER SEAL**                    1

PDF created with pdfFactory trial version www.pdffactory.com